1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KELLY WILSON,

11            Plaintiff,                          No. CIV S-06-0749 DFL EFB P

12        vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
14
              Defendants.                      ORDER
15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking

17   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant

18   to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On November 16, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections to

21   the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26

                                                    1

1        1.  The findings and recommendations filed November 16, 2006, are adopted in full;

2  and

3        2.  This action is dismissed without prejudice for plaintiff's failure to state a claim.

4  See Lopez v. Smith, 203 F.3d 1122, 1128 (9th Cir. 2000)(indigent prisoner proceeding without

5  counsel must be given leave to file an amended complaint unless the court can rule out any

6  possibility that the plaintiff could state a claim).

7        ENTERED this 16th day of July, 2007.

8

9                    S/RALPH R. BEISTLINE
                     UNITED STATES DISTRICT JUDGE